UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEIKURO CORPORATION,<br><br>       Plaintiff(s),<br><br>  v.<br><br>AMERICAN DEFENSE FINISHING INC., et al.,<br><br>       Defendant(s). | No. C 10-3486 BZ<br><br>**BRIEFING ORDER** |

Having received defendants' motion to dismiss, **IT IS ORDERED** that any opposition shall be filed by **September 20, 2010.** Any reply shall be filed by **September 27, 2010**. By no later than **September 20, 2010**, plaintiff shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be

///

///

///

///

found on the court's website at:

http://www.cand.uscourts.gov

Dated: September 2, 2010

                                                    Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\TEIKURO V. AMERICAN DEFENSE\BRIEFING ORD.wpd