UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEIKURO CORPORATION, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN DEFENSE FINISHING, INC., a Tennessee corporation; NORMAN EVANS, an individual, DAVID HOLMES, an individual, RICHARD LOUDEN, an individual,<br><br>Defendants. | Case No. 3:10-cv-03486-WHA<br><br>**STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER**<br><br>Complaint filed: August 9, 2010 |

**TO THE HONORABLE COURT:**

**IT IS HEREBY STIPULATED** and agreed by and between Plaintiff TEIKURO CORPORATION, a California Corporation, against Defendants AMERICAN DEFENSE FINISHING, INC., a Tennessee corporation; NORMAN EVANS, an individual, DAVID HOLMES, an individual, RICHARD LOUDEN, an individual (collectively "Defendants") through their counsel of record, that this action shall be transferred to the United States District Court for the Middle District of Tennessee, with each party to bear its and his own costs incurred thus far in this action; and

**IT IS HEREBY FURTHER STIPULATED** that a response to the Complaint shall be filed and served within 21 days from the date the parties receive written notice from the United

1

STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER - 3:10-cv-03486-WHA

1195207.1/21917-800

States District Court for the Middle District of Tennessee that this matter has been transferred.

Dated: September 30, 2010                FREEMAN, FREEMAN & SMILEY, LLP


By: /s/
ARMEN G. MITILIAN
Attorneys for Plaintiff
TEIKURO CORPORATION


Dated: September 30, 2010                FARELLA BRAUN + MARTEL, LLP


By: /s/
ADAM C. DAWSON
Attorneys for Defendants AMERICAN
DEFENSE FINISHING, INC.; NORMAN
EVANS; DAVID HOLMES; and
RICHARD LOUDEN

---

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: October 1, 2010.

*IT IS SO ORDERED*
*Judge William Alsup*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA