ARMEN G. MITILIAN (BAR NO. 203191)
FREEMAN, FREEMAN & SMILEY, LLP
Suite 1200
3415 South Sepulveda Boulevard
Los Angeles, California 90034
Telephone: (310) 255-6100
Facsimile: (310) 391-4042

Attorneys for Plaintiff
Teikuro Corporation

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| TEIKURO CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN DEFENSE FINISHING, INC., a Tennessee corporation; NORMAN EVANS, an individual, DAVID HOLMES, an individual, RICHARD LOUDEN, an individual,<br><br>Defendants. | Case No. 3:10-cv-00950<br><br>Judge Trauger<br>Magistrate Judge Bryant<br><br>[PROPOSED] ORDER CONTINUING DATE FOR FILING OF JOINT MEDIATION REPORT |

Having considered the Joint Motion for Order Continuing Date for Filing of Joint Mediation Report, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the deadline to file a Joint Mediation Report is and shall be continued to July 29, 2011.

Dated: May 27, 2011

_____
UNITED STATES DISTRICT JUDGE

---

1
[PROPOSED] ORDER CONTINUING DATE FOR FILING OF JOINT MEDIATION REPORT

1351130.1/21917-800