IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TEIKURO CORPORATION, a California Corporation )<br>    Plaintiff )<br>)<br>v. )<br>)<br>AMERICAN DEFENSE FINISHING, INC., )<br>a Tennessee Corporation; NORMAN )<br>EVANS, an individual, DAVID HOLMES, )<br>an individual, RICHARD LOUDEN, an )<br>individual, )<br>    Defendants ) | **No. 3:10-0950**<br>Judge Kevin Sharp |

## AGREED ORDER OF DISMISSAL

Pursuant to the agreement of the parties, as evidenced by the signatures of counsel below, the parties having reached a resolution of this matter, it is hereby ORDERED that this action be and hereby is dismissed with prejudice, with each party bearing its own discretionary costs, expenses and attorneys' fees.

ENTERED this 37yj "f c{ "qh'Cwi wuv."42330

_____
KEVIN SHARP
U.S. District Judge

Submitted for entry:


*/s/ Phillip F. Cramer*
Phillip F. Cramer (No. 20697)
SHERRARD & ROE, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
(615) 742-4200
pcramer@sherrardroe.com

Thomas A. Pendleton
MacDonald, Illig, Jones & Britton, LLP
100 State Street, Suite 700
Erie, PA 16507-1459
(814) 870-7756
tpendleton@mijb.com

*Counsel for Defendants*


*/s/ Armen Garo Mitilian*
Armen Garo Mitilian
Freeman, Freeman & Smiley, LLP
3415 S. Sepulveda Blvd., Suite 1200
Los Angeles, CA 90034
(310) 255-6129
agm@ffslaw.com

Gene L. Humphreys
Justin A. Page
Michael S. Moschel
Bass, Berry & Sims
150 3rd Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
ghumphreys@bassberry.com

*Counsel for Plaintiff*